IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RYAN ANTHONY SAVINELL**                                                                 **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:14-cv-341-HSO-JCG**

**HUBERT DAVIS,** *et al.*                                                                **DEFENDANTS**

### FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [32] of United States Magistrate Judge John C. Gargiulo, entered in this case on November 25, 2015. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [32], the record as a whole, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 8th day of January, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE